# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Strawbridge, David R. | Eastern District of Pennsylvania | 07/02/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Magistrate Judge-Full Time | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2020<br>**to**<br>12/31/2020 |

**7. Chambers or Office Address**

601 Market St
Room 3030
Philadelphia, PA 19106

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Director | Bethesda Project |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Strawbridge, David R.** | 07/02/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 12/31/2020 | Rental Income (See VIII-#1) |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Strawbridge, David R.** | 07/02/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑     NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑     NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Strawbridge, David R.** | 07/02/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1.  Roth IRA | | | | | | | | | |
| 2.  IShares Core MSCI EAFE | A | Dividend | J | T | Buy | 04/13/20 | J | | |
| 3.  IShares IBoxx HY Corporate | A | Dividend | J | T | Buy | 04/13/20 | J | | |
| 4.  IShares Russell Mid Cap | A | Dividend | J | T | Buy | 04/13/20 | J | | |
| 5.  IShares Russell 1000 | A | Dividend | J | T | Buy | 04/13/20 | J | | |
| 6.  BNY Mellon Global Fixed Inc | A | Dividend | J | T | Buy | 04/14/20 | J | | |
| 7.  Delaware Emerging Markets | A | Dividend | J | T | Buy | 04/14/20 | J | | |
| 8.  Delaware Value | A | Dividend | J | T | Buy | 04/14/20 | J | | |
| 9. | | | | | Sold<br>(part) | 12/15/20 | J | A | |
| 10. DoubleLine Total Return | A | Dividend | J | T | Buy | 04/14/20 | J | | |
| 11. Goldman Sachs Int'l Equity | A | Dividend | J | T | Buy | 04/14/20 | J | | |
| 12. Goldman Sachs LC Growth | A | Dividend | J | T | Buy | 04/14/20 | J | | |
| 13. John Hancock Bond | A | Dividend | J | T | Buy | 04/14/20 | J | | |
| 14. JP Morgan Equity Inc | A | Dividend | J | T | Buy | 12/15/20 | J | | |
| 15. Lord Abbett Growth Leaders | A | Dividend | J | T | Buy | 04/14/20 | J | | |
| 16. PIMCO Stock Plus SC | A | Dividend | J | T | Buy | 04/14/20 | J | | |
| 17. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Strawbridge, David R.** | 07/02/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. Traditional IRA #1 | | | | | | | | | |
| 19. Lord Abbett Ultra Short Bond | C | Dividend | P1 | T | Buy | 05/12/20 | P1 | | |
| 20. | | | | | Sold<br>(part) | 06/18/20 | J | A | |
| 21. | | | | | Sold<br>(part) | 07/20/20 | J | A | |
| 22. | | | | | Sold<br>(part) | 08/18/20 | J | A | |
| 23. | | | | | Sold<br>(part) | 09/03/20 | L | A | |
| 24. | | | | | Sold<br>(part) | 09/18/20 | J | A | |
| 25. | | | | | Sold<br>(part) | 10/19/20 | J | A | |
| 26. | | | | | Sold<br>(part) | 11/18/20 | J | A | |
| 27. | | | | | Sold<br>(part) | 12/03/20 | L | A | |
| 28. | | | | | Sold<br>(part) | 12/21/20 | J | A | |
| 29. | | | | | | | | | |
| 30. Traditional IRA #2 | | | | | | | | | |
| 31. BNY Mellon Global Fixed Income | A | Dividend | J | T | Buy | 05/15/20 | J | | |
| 32. Delaware Emrging Markets | A | Dividend | J | T | Buy | 05/15/20 | J | | |
| 33. Delaware Value | A | Dividend | J | T | Buy | 05/15/20 | J | | |
| 34. | | | | | Sold<br>(part) | 12/15/20 | J | B | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Strawbridge, David R.** | 07/02/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A | | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| | | (1)<br>Amount Code 1<br>(A-H) | (2)<br>Type (e g , div , rent, or int ) | (1)<br>Value Code 2<br>(J-P) | (2)<br>Value Method Code 3<br>(Q-W) | (1)<br>Type (e g , buy, sell, redemption) | (2)<br>Date mm/dd/yy | (3)<br>Value Code 2<br>(J-P) | (4)<br>Gain Code 1<br>(A-H) | (5)<br>Identity of buyer/seller (if private transaction) |
| 35. | DoubleLine Total Return Bond | A | Dividend | J | T | Buy | 05/15/20 | J | | |
| 36. | Goldman Sachs Int'l Equity | A | Dividend | J | T | Buy | 05/15/20 | J | | |
| 37. | Goldman Sachs LC Growth | A | Dividend | J | T | Buy | 05/15/20 | J | | |
| 38. | John Hancock Bond | A | Dividend | J | T | Buy | 05/15/20 | J | | |
| 39. | JP Morgan Equity Income | A | Dividend | J | T | Buy | 12/15/20 | J | | |
| 40. | Lord Abbett Growth Leaders | A | Dividend | J | T | Buy | 05/15/20 | J | | |
| 41. | PIMCO Stock Plus SC | A | Dividend | J | T | Buy | 05/15/20 | J | | |
| 42. | | | | | | Sold (part) | 12/15/20 | J | A | |
| 43. | IShares Russell MidCap | A | Dividend | J | T | Buy | 05/15/20 | J | | |
| 44. | IShares Russell 1000 | A | Dividend | J | T | Buy | 05/15/20 | J | | |
| 45. | IShares IBoxx HY Corporate | A | Dividend | J | T | Buy | 05/15/20 | J | | |
| 46. | IShares Core MSCI EAFE | A | Dividend | J | T | Buy | 05/15/20 | J | | |
| 47. | | | | | | | | | | |
| 48. | Traditional IRA #3 | | | | | | | | | |
| 49. | IShares Core US Agg Bond | A | Dividend | J | T | Buy | 05/15/20 | J | | |
| 50. | | | | | | Sold (part) | 12/31/20 | J | A | |
| 51. | SPDR Bloomberg Barclays 1-3 Mo T Bill | | None | | | Buy | 05/15/20 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Strawbridge, David R.** | 07/02/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Sold (part) | 05/29/20 | J | | |
| 53. | | | | | Sold (part) | 07/31/20 | J | | |
| 54. | | | | | Sold | 11/30/20 | J | | |
| 55.   IShares MSCI Pacific Ex-Japan | A | Dividend | J | T | Buy | 08/31/20 | J | | |
| 56.   IShares 7-10 Yr Treasury Bond | | None | J | T | Buy | 12/31/20 | J | | |
| 57.   IShares Europe | A | Dividend | J | T | Buy | 07/31/20 | J | | |
| 58. | | | | | Sold | 10/30/20 | J | | |
| 59. | | | | | Buy | 11/30/20 | J | | |
| 60.   IShares Latin America | A | Dividend | J | T | Buy | 11/30/20 | J | | |
| 61.   IShares Russell 1000 | A | Dividend | J | T | Buy | 05/29/20 | J | | |
| 62.   IShares Russell 2000 | A | Dividend | J | T | Buy | 07/31/20 | J | | |
| 63. | | | | | Sold (part) | 11/30/20 | J | A | |
| 64.   IShares Russell Mid Cap | A | Dividend | J | T | Buy | 07/31/20 | J | | |
| 65.   IShares IBoxx Investment Grade Corporate Bond | A | Dividend | J | T | Buy | 05/15/20 | J | | |
| 66. | | | | | Sold (part) | 12/31/20 | J | A | |
| 67.   Lord Abbett Ultra Short Bond | A | Dividend | | | Buy | 05/15/20 | J | | |
| 68. | | | | | Sold | 10/30/20 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Strawbridge, David R.** | 07/02/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. IShares Preferred & Income Securities | A | Dividend | J | T | Buy | 05/15/20 | J | | |
| 70. IShares Short Treasury Bond | A | Dividend | | | Buy | 05/15/20 | K | | |
| 71. | | | | | Sold<br>(part) | 05/29/20 | J | | |
| 72. | | | | | Sold | 07/31/20 | J | | |
| 73. IShares 1-3 Year Treasury Bond | A | Dividend | | | Buy | 05/15/20 | K | | |
| 74. | | | | | Sold<br>(part) | 05/29/20 | J | | |
| 75. | | | | | Sold | 07/31/20 | J | | |
| 76. SPDR S&P 500 | A | Dividend | J | T | Buy | 05/29/20 | J | | |
| 77. IShares 20 + Yr Treasury | A | Dividend | J | T | Buy | 10/30/20 | J | | |
| 78. Utilities Select Sector SPDR | | None | | | Buy | 07/31/20 | J | | |
| 79. | | | | | Sold | 08/31/20 | J | | |
| 80. | | | | | Buy | 10/30/20 | J | | |
| 81. | | | | | Sold | 11/30/20 | J | A | |
| 82. | | | | | | | | | |
| 83. Traditional IRA #4 | | | | | | | | | |
| 84. BNY Mellon Global Fixed Income | B | Dividend | K | T | Buy | 02/04/20 | K | | |
| 85. | | | | | Buy<br>(add'l) | 06/15/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Strawbridge, David R. | 07/02/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86. | | | | | Buy (add'l) | 09/15/20 | J | | |
| 87. | | | | | Buy (add'l) | 12/15/20 | J | | |
| 88. Delaware Emrging Markets | A | Dividend | K | T | Buy | 02/04/20 | J | | |
| 89. | | | | | Buy (add'l) | 03/13/20 | J | | |
| 90. | | | | | Buy (add'l) | 06/15/20 | J | | |
| 91. | | | | | Buy (add'l) | 09/15/20 | J | | |
| 92. | | | | | Buy (add'l) | 12/15/20 | J | | |
| 93. Delaware Value | B | Dividend | K | T | Buy | 02/04/20 | K | | |
| 94. | | | | | Buy (add'l) | 03/13/20 | J | | |
| 95. | | | | | Buy (add'l) | 06/15/20 | J | | |
| 96. | | | | | Buy (add'l) | 09/15/20 | J | | |
| 97. | | | | | Sold (part) | 12/15/20 | K | B | |
| 98. DoubleLine Total Return Bond | B | Dividend | L | T | Buy | 02/04/20 | K | | |
| 99. | | | | | Buy (add'l) | 06/15/20 | J | | |
| 100. | | | | | Buy (add'l) | 09/15/20 | J | | |
| 101. | | | | | Buy (add'l) | 12/15/20 | J | | |
| 102. Goldman Sachs Int'l Equity | A | Dividend | K | T | Buy | 02/04/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Strawbridge, David R.** | 07/02/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103. | | | | | Buy<br>(add'l) | 03/13/20 | J | | |
| 104. | | | | | Buy<br>(add'l) | 06/15/20 | J | | |
| 105. | | | | | Buy<br>(add'l) | 09/15/20 | J | | |
| 106. | | | | | Buy<br>(add'l) | 12/15/20 | J | | |
| 107.  Goldman Sachs LC Growth | C | Distribution | K | T | Buy | 02/04/20 | K | | |
| 108. | | | | | Buy<br>(add'l) | 03/13/20 | J | | |
| 109. | | | | | Buy<br>(add'l) | 06/15/20 | J | | |
| 110. | | | | | Buy<br>(add'l) | 09/15/20 | J | | |
| 111. | | | | | Buy<br>(add'l) | 12/15/20 | J | | |
| 112.  John Hancock Bond | B | Dividend | L | T | Buy | 02/04/20 | K | | |
| 113. | | | | | Buy<br>(add'l) | 06/15/20 | J | | |
| 114. | | | | | Buy<br>(add'l) | 09/15/20 | J | | |
| 115. | | | | | Buy<br>(add'l) | 12/15/20 | J | | |
| 116.  JP Morgan Equity Income | A | Dividend | K | T | Buy | 12/15/20 | K | | |
| 117.  Lord Abbett Growth Leaders | C | Dividend | K | T | Buy | 02/04/20 | K | | |
| 118. | | | | | Buy<br>(add'l) | 03/13/20 | J | | |
| 119. | | | | | Buy<br>(add'l) | 06/15/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Buy (add'l) | 09/15/20 | J | | |
| 121. | | | | | Buy (add'l) | 12/15/20 | J | | |
| 122. PIMCO Stock Plus SC | C | Dividend | L | T | Buy | 02/04/20 | K | | |
| 123. | | | | | Buy (add'l) | 03/13/20 | J | | |
| 124. | | | | | Buy (add'l) | 06/15/20 | J | | |
| 125. | | | | | Buy (add'l) | 09/15/20 | J | | |
| 126. | | | | | Sold (part) | 12/15/20 | J | A | |
| 127. IShares Russell MidCap | A | Dividend | L | T | Buy | 02/04/20 | K | | |
| 128. | | | | | Buy (add'l) | 03/13/20 | J | | |
| 129. | | | | | Buy (add'l) | 06/15/20 | J | | |
| 130. | | | | | Buy (add'l) | 09/15/20 | J | | |
| 131. | | | | | Buy (add'l) | 12/15/20 | J | | |
| 132. IShares Russell 1000 | A | Dividend | L | T | Buy | 02/04/20 | K | | |
| 133. | | | | | Buy (add'l) | 03/13/20 | J | | |
| 134. | | | | | Buy (add'l) | 06/15/20 | J | | |
| 135. | | | | | Buy (add'l) | 09/15/20 | J | | |
| 136. | | | | | Buy (add'l) | 12/15/20 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Strawbridge, David R.** | 07/02/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 137.  IShares IBoxx HY Corporate | B | Dividend | L | T | Buy | 02/04/20 | K | | |
| 138. | | | | | Buy<br>(add'l) | 03/13/20 | J | | |
| 139. | | | | | Buy<br>(add'l) | 06/15/20 | J | | |
| 140. | | | | | Buy<br>(add'l) | 09/15/20 | J | | |
| 141. | | | | | Buy<br>(add'l) | 12/15/20 | J | | |
| 142.  IShares Core MSCI EAFE | A | Dividend | K | T | Buy | 02/04/20 | K | | |
| 143. | | | | | Buy<br>(add'l) | 03/13/20 | J | | |
| 144. | | | | | Buy<br>(add'l) | 06/15/20 | J | | |
| 145. | | | | | Buy<br>(add'l) | 09/15/20 | J | | |
| 146. | | | | | Buy<br>(add'l) | 12/15/20 | J | | |
| 147. | | | | | | | | | |
| 148.  Traditional IRA #5 | | | | | | | | | |
| 149.  Vanguard US Growth | | None | | | Sold | 04/06/20 | J | | |
| 150.  Vanguard Prime Money Market | A | Dividend | | | Sold | 04/06/20 | J | | |
| 151.  Vanguard Growth & Income | | None | | | Sold<br>(part) | 04/03/20 | K | | |
| 152. | | | | | Sold | 05/13/20 | M | | |
| 153. | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Strawbridge, David R.** | 07/02/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 154. Traditional IRA #6 | | | | | | | | | |
| 155. IShares Core US Agg Bond | A | Dividend | K | T | Buy | 02/04/20 | J | | |
| 156. | | | | | Buy<br>(add'l) | 03/31/20 | J | | |
| 157. | | | | | Buy<br>(add'l) | 04/30/20 | J | | |
| 158. | | | | | Buy<br>(add'l) | 05/29/20 | J | | |
| 159. | | | | | Buy<br>(add'l) | 06/30/20 | J | | |
| 160. | | | | | Buy<br>(add'l) | 07/31/20 | J | | |
| 161. | | | | | Buy<br>(add'l) | 08/31/20 | J | | |
| 162. | | | | | Buy<br>(add'l) | 10/30/20 | J | | |
| 163. | | | | | Buy<br>(add'l) | 11/30/20 | J | | |
| 164. | | | | | Sold<br>(part) | 12/31/20 | J | A | |
| 165. SPDR Bloomberg Barclays 1-3 Mo T Bill | A | Dividend | | | Buy | 02/28/20 | K | | |
| 166. | | | | | Buy<br>(add'l) | 03/31/20 | J | | |
| 167. | | | | | Buy<br>(add'l) | 04/30/20 | J | | |
| 168. | | | | | Sold<br>(part) | 05/29/20 | J | | |
| 169. | | | | | Buy<br>(add'l) | 06/30/20 | J | | |
| 170. | | | | | Sold<br>(part) | 07/31/20 | K | | |

| | | | | |
|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Strawbridge, David R.** | 07/02/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | Buy (add'l) | 08/31/20 | J | | |
| 172. | | | | | Sold | 11/30/20 | K | | |
| 173.  IShares MSCI Pacific Ex-Japan | A | Dividend | K | T | Buy | 08/31/20 | K | | |
| 174. | | | | | Buy (add'l) | 09/30/20 | J | | |
| 175. | | | | | Buy (add'l) | 10/30/20 | J | | |
| 176. | | | | | Buy (add'l) | 12/31/20 | J | | |
| 177.  IShares 7-10 Yr Treasury Bond | A | Dividend | K | T | Buy | 02/04/20 | J | | |
| 178. | | | | | Sold | 03/11/20 | J | A | |
| 179. | | | | | Buy | 12/31/20 | K | | |
| 180.  IShares Europe | A | Dividend | K | T | Buy | 02/04/20 | K | | |
| 181. | | | | | Sold | 02/28/20 | K | | |
| 182. | | | | | Buy | 07/31/20 | K | | |
| 183. | | | | | Buy (add'l) | 09/30/20 | J | | |
| 184. | | | | | Sold | 10/30/20 | K | | |
| 185. | | | | | Buy | 11/30/20 | K | | |
| 186. | | | | | Buy (add'l) | 12/31/20 | J | | |
| 187.  IShares Latin America | A | Dividend | K | T | Buy | 11/30/20 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Strawbridge, David R.** | 07/02/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 188. | | | | | Sold<br>(part) | 12/31/20 | J | A | |
| 189.  IShares Russell 1000 | A | Dividend | K | T | Buy | 02/04/20 | K | | |
| 190. | | | | | Sold | 02/28/20 | K | | |
| 191. | | | | | Buy | 05/29/20 | K | | |
| 192. | | | | | Buy<br>(add'l) | 06/30/20 | J | | |
| 193. | | | | | Buy<br>(add'l) | 09/30/20 | J | | |
| 194. | | | | | Buy<br>(add'l) | 10/30/20 | J | | |
| 195.  IShares Russell 2000 | A | Dividend | K | T | Buy | 02/04/20 | K | | |
| 196. | | | | | Sold | 02/28/20 | K | | |
| 197. | | | | | Buy | 07/31/20 | K | | |
| 198. | | | | | Buy<br>(add'l) | 09/30/20 | J | | |
| 199. | | | | | Sold<br>(part) | 11/30/20 | J | A | |
| 200.  IShares Russell Mid Cap | A | Dividend | K | T | Buy | 02/04/20 | K | | |
| 201. | | | | | Sold | 02/28/20 | K | | |
| 202. | | | | | Buy | 07/31/20 | K | | |
| 203. | | | | | Buy<br>(add'l) | 09/30/20 | J | | |
| 204. | | | | | Buy<br>(add'l) | 12/31/20 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Strawbridge, David R.** | 07/02/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 205.  IShares IBoxx Investment Grade Corporate Bond | A | Dividend | K | T | Buy | 02/04/20 | J | | |
| 206. | | | | | Buy (add'l) | 03/31/20 | J | | |
| 207. | | | | | Buy (add'l) | 08/31/20 | J | | |
| 208. | | | | | Buy (add'l) | 11/30/20 | J | | |
| 209. | | | | | Sold (part) | 12/31/20 | J | A | |
| 210.  Lord Abbett Ultra Short Bond | A | Dividend | | | Buy | 03/31/20 | J | | |
| 211. | | | | | Buy (add'l) | 08/04/20 | J | | |
| 212. | | | | | Buy (add'l) | 08/31/20 | J | | |
| 213. | | | | | Sold | 10/30/20 | K | A | |
| 214.  IShares Preferred & Income Securities | A | Dividend | K | T | Buy | 02/04/20 | J | | |
| 215. | | | | | Buy (add'l) | 02/28/20 | J | | |
| 216. | | | | | Buy (add'l) | 03/31/20 | J | | |
| 217. | | | | | Buy (add'l) | 06/30/20 | J | | |
| 218. | | | | | Buy (add'l) | 08/31/20 | J | | |
| 219.  IShares Short Treasury Bond | A | Dividend | | | Buy | 02/04/20 | K | | |
| 220. | | | | | Buy (add'l) | 02/28/20 | K | | |
| 221. | | | | | Buy (add'l) | 03/31/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Strawbridge, David R. | 07/02/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 222. | | | | | Buy<br>(add'l) | 04/30/20 | J | | |
| 223. | | | | | Sold<br>(part) | 05/29/20 | J | A | |
| 224. | | | | | Buy<br>(add'l) | 06/30/20 | J | | |
| 225. | | | | | Sold | 07/31/20 | K | A | |
| 226. IShares 1-3 Year Treasury Bond | A | Dividend | | | Buy | 02/28/20 | K | | |
| 227. | | | | | Buy<br>(add'l) | 03/31/20 | J | | |
| 228. | | | | | Buy<br>(add'l) | 04/30/20 | J | | |
| 229. | | | | | Sold<br>(part) | 05/29/20 | J | A | |
| 230. | | | | | Buy<br>(add'l) | 06/30/20 | J | | |
| 231. | | | | | Sold | 07/31/20 | K | A | |
| 232. SPDR S&P 500 | A | Dividend | K | T | Buy | 02/04/20 | K | | |
| 233. | | | | | Sold | 02/28/20 | K | | |
| 234. | | | | | Buy | 05/29/20 | K | | |
| 235. | | | | | Buy<br>(add'l) | 06/30/20 | J | | |
| 236. | | | | | Buy<br>(add'l) | 09/30/20 | J | | |
| 237. | | | | | Buy<br>(add'l) | 10/30/20 | J | | |
| 238. IShares 20 + Yr Treasury | A | Dividend | K | T | Buy | 02/04/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Strawbridge, David R.** | 07/02/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. | | | | | Sold (part) | 02/28/20 | J | A | |
| 240. | | | | | Sold | 03/11/20 | J | B | |
| 241. | | | | | Buy | 10/30/20 | K | | |
| 242. | | | | | Buy (add'l) | 11/30/20 | J | | |
| 243. | | | | | Buy (add'l) | 12/31/20 | J | | |
| 244.  Utilities Select Sector SPDR | | None | | | Buy | 02/04/20 | K | | |
| 245. | | | | | Sold | 02/28/20 | K | | |
| 246. | | | | | Buy | 07/31/20 | K | | |
| 247. | | | | | Sold | 08/31/20 | K | | |
| 248. | | | | | Buy | 10/30/20 | K | | |
| 249. | | | | | Sold | 11/30/20 | K | A | |
| 250. | | | | | | | | | |
| 251.  Non-Qualified Account #1 | | | | | | | | | |
| 252.  SPDR Bloomberg Barclays 1-3 Mo T Bill | A | Dividend | | | Buy | 04/07/20 | K | | |
| 253. | | | | | Sold (part) | 05/29/20 | J | | |
| 254. | | | | | Sold (part) | 07/14/20 | J | | |
| 255. | | | | | Sold (part) | 07/31/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Strawbridge, David R.** | 07/02/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 256. | | | | | Sold | 11/30/20 | J | | |
| 257.  Utilities Select Sector SPDR | | None | | | Buy | 07/31/20 | K | | |
| 258. | | | | | Sold | 08/31/20 | J | | |
| 259. | | | | | Buy | 10/30/20 | K | | |
| 260. | | | | | Sold | 11/30/20 | K | A | |
| 261.  IShares Latin America | A | Dividend | K | T | Buy | 11/30/20 | K | | |
| 262. | | | | | Sold<br>(part) | 12/31/20 | J | A | |
| 263.  IShares MSCI Pacific Ex-Japan | A | Dividend | K | T | Buy | 08/31/20 | K | | |
| 264. | | | | | Sold<br>(part) | 11/30/20 | J | A | |
| 265.  Vaneck Vectors High Yield Muni | A | Dividend | J | T | Buy | 04/07/20 | J | | |
| 266. | | | | | Sold<br>(part) | 07/14/20 | J | A | |
| 267.  IShares National Muni Bond | A | Dividend | J | T | Buy | 04/07/20 | J | | |
| 268. | | | | | Sold<br>(part) | 07/14/20 | J | A | |
| 269. | | | | | Buy<br>(add'l) | 12/31/20 | J | | |
| 270.  IShares Preferred & Income Securities | A | Dividend | J | T | Buy | 04/07/20 | J | | |
| 271. | | | | | Sold<br>(part) | 04/30/20 | J | A | |
| 272. | | | | | Sold<br>(part) | 07/14/20 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1  Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2  Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3  Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Strawbridge, David R. | 07/02/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. | | | | | Buy (add'l) | 12/31/20 | J | | |
| 274. Lord Abbett Ultra Short Bond | A | Dividend | | | Buy | 04/07/20 | J | | |
| 275. | | | | | Sold (part) | 07/14/20 | J | A | |
| 276. | | | | | Sold | 10/30/20 | J | A | |
| 277. IShares Short Treasury Bond | A | Dividend | | | Buy | 04/07/20 | K | | |
| 278. | | | | | Sold (part) | 05/29/20 | J | | |
| 279. | | | | | Sold (part) | 07/14/20 | J | | |
| 280. | | | | | Sold | 07/31/20 | K | | |
| 281. IShares 1-3 Year Treasury Bond | A | Dividend | | | Buy | 04/07/20 | K | | |
| 282. | | | | | Sold (part) | 05/29/20 | J | A | |
| 283. | | | | | Sold (part) | 07/14/20 | J | | |
| 284. | | | | | Sold | 07/31/20 | K | A | |
| 285. IShares 20 + Yr Treasury | A | Dividend | J | T | Buy | 10/30/20 | J | | |
| 286. SPDR S&P 500 | A | Dividend | K | T | Buy | 05/29/20 | K | | |
| 287. | | | | | Sold (part) | 07/14/20 | J | A | |
| 288. | | | | | Sold (part) | 08/31/20 | J | A | |
| 289. IShares Russell 1000 | A | Dividend | K | T | Buy | 05/29/20 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Strawbridge, David R.** | 07/02/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 290. | | | | | Sold<br>(part) | 07/14/20 | J | A | |
| 291.  IShares Russell 2000 | A | Dividend | K | T | Buy | 07/31/20 | J | | |
| 292. | | | | | Sold<br>(part) | 11/30/20 | J | A | |
| 293.  IShares Russell Mid Cap | A | Dividend | K | T | Buy | 07/31/20 | K | | |
| 294.  IShares Europe | A | Dividend | K | T | Buy | 07/31/20 | K | | |
| 295. | | | | | Sold | 10/30/20 | J | | |
| 296. | | | | | Buy | 11/30/20 | K | | |
| 297.  Invesco National AMT Free Muni Bond | A | Dividend | J | T | Buy | 04/07/20 | J | | |
| 298. | | | | | Sold<br>(part) | 07/14/20 | J | A | |
| 299. | | | | | | | | | |
| 300.  Non-Qualified Account #2 | | | | | | | | | |
| 301.  Fidelity Balanced | | None | | | Sold | 04/03/20 | M | D | |
| 302.  Fidelity Total Market Index | B | Dividend | M | T | Sold<br>(part) | 10/14/20 | J | C | |
| 303. | | | | | | | | | |
| 304.  Non-Qualified Account #3 | | | | | | | | | |
| 305.  Vanguard LT Tax Exempt | A | Dividend | | | Sold | 02/18/20 | J | A | |
| 306.  Vanguard 500 | | None | | | Sold | 02/18/20 | J | C | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Strawbridge, David R.** | 07/02/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 307.  Vanguard Tax Managed Cap Appreciation | | None | | | Sold | 02/18/20 | J | C | |
| 308. | | | | | | | | | |
| 309.  Non-Qualified Variable Annuity #1 | | | | | | | | | |
| 310.  Virtus KAR CapGrowth subaccount | | None | M | T | | | | | |
| 311. | | | | | | | | | |
| 312.  Non-Qualified Variable Annuity #2 | | | | | | | | | |
| 313.  Vanguard Total Bond Mkt Index | | None | M | T | | | | | |
| 314.  Vanguard Growth | | None | M | T | | | | | |
| 315. | | | | | | | | | |
| 316.  Wells Fargo Bank | A | Interest | J | T | | | | | |
| 317. | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Strawbridge, David R.** | 07/02/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

#1-Residential Property in Philadelphia, PA

| Name of Person Reporting | Date of Report |
|---|---|
| Strawbridge, David R. | 07/02/2021 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ David R. Strawbridge**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544